1  HEATHER E. WILLIAMS, CA Bar No. 122664
Federal Defender
2  MEGHAN D. McLOUGHLIN, NY Bar No. 5342100
Assistant Federal Defenders
3  801 I Street, 3rd Floor
Sacramento, CA  95814
4  Tel: (916) 498-5700
Fax: (916) 498-5710
5
Attorneys for Defendant
6  BRANDEN LAMONT JOHNSON

7

8                     IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

| UNITED STATES OF AMERICA, | ) Case No. 2:23-CR-00099-KJM |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |
| BRANDEN LAMONT JOHNSON, | ) |
| Defendant. | ) Judge:  Hon. Deborah Barnes |

18

19       **IT IS HEREBY STIPULATED**, by and between the parties, through their respective

counsel, Assistant United States Attorney Ross Pearson, counsel for the United States, and

Assistant Federal Defender Meghan D. McLoughlin, counsel for Defendant Branden Lamont

Johnson, that Mr. Johnson's special condition of release be modified to amend Condition No. 14

and add Condition No. 16, as outlined below.

       Mr. Johnson was released from custody onto pretrial supervision on April 10, 2023. ECF

No. 12. He is currently being supervised out of the Northern District of California, where he

lives and works. The conditions of his release currently require him to be subject to location

monitoring and home detention. *See* ECF No 9 at ¶¶ 13, 14. Since his release, for over nine

months, Mr. Johnson has not had any violations of his location monitoring and home detention

restrictions. As a result, the parties and Pretrial Services now request that Condition No. 14,

requiring him to be subject to home detention, be amended to remove the home detention

component, and instead require him to abide by a curfew. The parties have agreed to the

following language:

> 14. CURFEW: You must remain inside your residence every day from 5:00 p.m. to 8:00 a.m., or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations;

In addition, the parties and Pretrial Services request that the Court add Condition No. 16

to address the unauthorized use of medication while on pretrial release, and that it include the

following language:

> 16. You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, or individual specialized treatment, as determined by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

All other previously imposed terms and conditions will remain in full force and effect.


Dated: January 11, 2024                    Respectfully submitted,


                                           HEATHER E. WILLIAMS
                                           Federal Public Defender

                                           */s/ Meghan D, McLoughlin*
                                           MEGHAN D. McLOUGHLIN
                                           Assistant Federal Defender
                                           Attorneys for Defendant
                                           BRANDEN LAMONT JOHNSON


Dated: January 11, 2024                    PHILLIP A. TALBERT
                                           UNITED STATES ATTORNEY

                                           */s/ Ross Pearson*
                                           ROSS PEARSON
                                           Assistant United States Attorney


Stipulated Request to Modify Conditions of          -2-
Release and Order

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**FINDINGS AND ORDER**

Pursuant to the parties' stipulation, and good cause appearing, the Court hereby modifies

the Order Setting Special Conditions of Release, ECF No. 9, to amend Condition No. 14 and to

add Condition No. 16, as detailed by the parties. All other previously imposed terms and

conditions will remain in full force and effect.

**IT IS SO FOUND AND ORDERED**.

Dated:  January 11, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

Stipulated Request to Modify Conditions of            -3-
Release and Order