HEATHER E. WILLIAMS, CA Bar No. 122664
Federal Defender
MEGHAN D. McLOUGHLIN, NY Bar No. 5342100
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
BRANDEN LAMONT JOHNSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-CR-00099-KJM |
| Plaintiff, | |
| v. | **SECOND STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |
| BRANDEN LAMONT JOHNSON, | |
| Defendant. | Judge: Hon. Chi Soo Kim |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Ross Pearson, counsel for the United States, and Assistant Federal Defender Meghan D. McLoughlin, counsel for Defendant Branden Lamont Johnson, that Mr. Johnson's special conditions of release be modified.  Specifically, the parties request that Special Condition Nos. 13 and 14 be removed, as outlined below.

Mr. Johnson was released from custody onto pretrial supervision on April 10, 2023.  ECF No. 12.  He is currently being supervised out of the Northern District of California, where he lives and works.  The conditions of his release originally required him to be subject to location monitoring and home detention, *see* ECF No 9 at ¶¶ 13, 14, but were subsequently amended to location monitoring and a curfew.  *See* ECF No. 42.

For the nine months Mr. Johnson was subject to home detention, he had no violations of his location monitoring or home detention restrictions.  Similarly, since January, he has had no violations of his location monitoring or curfew conditions.  As a result, the parties and Pretrial Services now request that Special Condition Nos. 13 and 14, requiring him to be subject to location monitoring and a curfew, be removed.

All other previously imposed terms and conditions will remain in full force and effect.

Dated: April 16, 2024                        Respectfully submitted,

                                             HEATHER E. WILLIAMS
                                             Federal Public Defender

                                             */s/ Meghan D, McLoughlin*
                                             MEGHAN D. McLOUGHLIN
                                             Assistant Federal Defender
                                             Attorney for Defendant
                                             BRANDEN LAMONT JOHNSON

Dated: April 16, 2024                        PHILLIP A. TALBERT
                                             UNITED STATES ATTORNEY

                                             */s/ Ross Pearson*
                                             ROSS PEARSON
                                             Assistant United States Attorney

## FINDINGS AND ORDER

Pursuant to the parties' stipulation, and good cause appearing, the Court hereby modifies the Order Setting Special Conditions of Release, ECF No. 9, to remove Condition Nos. 13 and 14, as detailed by the parties. All other previously imposed terms and conditions will remain in full force and effect.

**IT IS SO FOUND AND ORDERED** this 16th day of April, 2024.

_____
THE HONORABLE CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE