HEATHER E. WILLIAMS, Bar No. 122664
Federal Defender
MEGHAN D. McLOUGHLIN, Bar No. 354051
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
BRANDEN LAMONT JOHNSON

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRANDEN LAMONT JOHNSON,<br><br>Defendant. | Case No. 2:23-CR-00099-KJM<br><br>**STIPULATION REGARDING BRIEFING SCHEDULE; ORDER**<br><br>Date:   November 5, 2024<br>Time:   10:00 a.m.<br>Judge:  Hon. Kimberly J. Mueller |

## STIPULATION

Defendant Branden Johnson, by and through his attorney, Assistant Federal Defender Meghan D. McLoughlin, and Plaintiff United States of America, by and through its attorney, Assistant United States Attorney Ross Pearson, hereby stipulate as follows:

1. The defense intends to file a Motion to Stay, as ordered by the Court at a hearing on September 16, 2024.

2. The parties have conferred and agreed upon the following briefing schedule:

   a. The Motion to Stay shall be filed by October 8, 2024;

   b. Any opposition shall be filed by October 22, 2024;

   c. Any reply brief in further support of the Motion to Stay shall be filed by October 29, 2024; and

d.   As previously ordered, the Motion to Stay will be heard on November 5, 2024 at

10:00 a.m.

IT IS SO STIPULATED.


Dated: September 18, 2024          Respectfully submitted,


                                   HEATHER E. WILLIAMS
                                   Federal Public Defender

                                   */s/ Meghan D, McLoughlin*
                                   MEGHAN D. McLOUGHLIN
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   BRANDEN LAMONT JOHNSON


Dated: September 18, 2024          */s. Ross Pearson*
                                   ROSS PEARSON
                                   Assistant United States Attorney


**ORDER**

IT IS SO ORDERED.


Dated:  October 1, 2024.

                                   _____
                                   U.S. District Judge

Stipulation Regarding                          -2-
Briefing Schedule; Order