UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Branden Lamont Johnson,<br><br>　　　　　　Defendant. | No. 2:23-cr-00099-KJM<br><br>FINAL PRETRIAL ORDER |

On March 18, 2025, the court conducted a final pretrial conference. Ross Pearson and Zulkar Khan appeared for the government. Meghan McLoughlin appeared for defendant Branden Lamont Johnson who was present and out of custody. In preparation for the upcoming trial, the court hereby ORDERS:

**JURY / NON-JURY**

Defendant requests a jury trial. The jury will be composed of twelve (12) jurors. One (1) alternate juror will be seated.

**TRIAL BRIEFS AND STATEMENT OF THE CASE**

No later than April 7, 2025, the parties may file trial briefs. By the same date, the government shall and defendant may provide a statement of the case with the court. In lieu of a statement of the case, the parties may file a joint proposed jury instruction that can be read to the jury in advance of voir dire that explains the nature of the case.

1

1  The government's trial brief shall include a summary of points of law, including reasonably anticipated disputes concerning admissibility of evidence, legal arguments, any other information it believes is relevant, and citations of authority in support thereof.  Also by April 7, 2025, the parties shall file any expert notices and any stipulations or agreed upon statements.  At hearing, parties indicated they do not anticipate filing any motions *in limine*.  Should that position change, any motion *in limine* shall also be filed by April 7, 2025.

**PROPOSED JURY INSTRUCTIONS**

Counsel are informed that the court has prepared a standard set of standard jury instructions.  In general, they cover all aspects of the trial except those relating to the charges contained in the charging document.  Accordingly, counsel need not prepare instructions concerning matters within the scope of the prepared instructions.  A copy of the prepared instructions is available on the court's website.[1]  Counsel are further directed that their specific proposed jury instructions shall be filed no later than April 7, 2025.  As to any instructions counsel desire to offer, the proposing party shall also submit a sanitized copy in Microsoft Word format via email to: kjmorders@caed.uscourts.gov.

**TRIAL DATE AND ESTIMATED LENGTH OF TRIAL**

Jury trial is set for **April 14, 2025, at 9:00 a.m.** in Courtroom Three before the Honorable Kimberly J. Mueller.  Trial is anticipated to last **two days**.  The parties are directed to Judge Mueller's trial schedule outlined on her web page on the court's website.

**TIME EXCLUSION**

Good cause appearing, time is excluded between the date of the final pretrial conference, March 18, 2025, and the date of trial, April 14, 2025.

/////

/////

/////

---

[1] https://www.caed.uscourts.gov/caednew/index.cfm/judges/all-judges/5020/trials/

**OBJECTIONS TO THIS ORDER AND CONCLUSION**

Each party is granted seven days from the date of this order to file objections to the same. If no objections are filed, the order will become final without further order of this court.

DATED: March 18, 2025.

_____
SENIOR UNITED STATES DISTRICT JUDGE